IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHERINE ELIZABETH SIKES, individually and as Administrator of the Estate of GARY THOMAS LATIMER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF DOUGLASVILLE, a municipal corporation of the State of Georgia; CHIEF CHRIS WOMACK, in his individual and official capacity, HARVEY PARSONS, in his individual and official capacity as Mayor of the City of Douglasville, Georgia; OFFICER COYLEE DANLEY, in his individual and official capacity; DAMON PARTIN, in his individual and official capacity, and OFFICER MICHAEL McDONALD, in his Individual and official capacity,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:15-cv-03111-RWS |

## MOTION FOR WITHDRAWAL AS CO-COUNSEL

Comes now Matthew A. Ericksen, formerly of the law firm of Gray, Rust, St. Amand, Moffett & Brieske, L.L.P., and hereby requests that he be removed as co-counsel for defendants City of Douglasville, Chris Womack, Harvey Persons, Coylee Danley, Damon Partin, and Michael McDonald in the above-styled case as

he has accepted employment with the firm of Dermer Appel Ruder, LLC and is no longer in a position to represent these defendants.

Harvey S. Gray will remain as lead counsel and retain responsibility for the above-captioned matter. All pleadings, orders and notices will continue to be served upon Harvey S. Gray at Gray, Rust, St. Amand, Moffett & Brieske, L.L.P., 1700 Atlanta Plaza, 950 East Paces Ferry Road, Atlanta, Georgia 30326; email: hgray@grsmb.com.

There are currently no known scheduled proceedings which may be affected by this withdrawal and no prejudice will result to any party as a result of my withdrawal as co-counsel.

A proposed order is attached.

The undersigned, in accordance with L.R. 7.1 and 5.1 hereby certifies that the typefont used herein is 14-Point Times New Roman font.

This 13th day of November, 2016.

/s/ Matthew A. Ericksen
Matthew A. Ericksen
Georgia Bar No. 304088

Dermer Appel Ruder, LLC
6075 The Corners Parkway
Suite 210
Peachtree Corners, GA  30092
404-881-3543
mericksen@darlawllc.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHERINE ELIZABETH SIKES, individually and as Administrator of the Estate of GARY THOMAS LATIMER, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 1:15-cv-03111-RWS |
| CITY OF DOUGLASVILLE, a municipal corporation of the State of Georgia; CHIEF CHRIS WOMACK, in his individual and official capacity, HARVEY PARSONS, in his individual and official capacity as Mayor of the City of Douglasville, Georgia; OFFICER COYLEE DANLEY, in his individual and official capacity; DAMON PARTIN, in his individual and official capacity, and OFFICER MICHAEL McDONALD, in his Individual and official capacity, ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing **Motion for Withdrawal as Co-Counsel** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

-4-

<div style="text-align: center;">
Eugene Felton, Jr.<br>
Stewart, Seay & Felton, LLC<br>
260 Peachtree Street, N.W.<br>
Suite 1001<br>
Atlanta, Georgia, 30303
</div>

This 13th day of November, 2016.

                                            /s/ Matthew A. Ericksen
                                            Matthew A. Ericksen
                                            Georgia Bar No. 304088

Dermer Appel Ruder, LLC
6075 The Corners Parkway
Suite 210
Peachtree Corners, GA  30092
404-881-3543
mericksen@darlawllc.com

i:\604\311 -  sikes v. douglasville\pleadings\mae - notice of withdrawal as co-counsel.docx